AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Sceletia Evans, et al.,

*Plaintiff(s)*

v.

Lawler for Congress, Inc., et al.,

*Defendant(s)*

Civil Action No. 7:26-cv-09539

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* (see attached rider)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Phillips & Associates PLLC
45 Braodway 28th Floor,
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/02/2026

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

Tammi M. Hellwig

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Case 7:26-cv-09539 Document 3 Filed 10/22/26 Page 2 of 4

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:26-cv-09539

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

Case 7:26-cv-09539 Document 3 Filed 10/30/26 Page 3 of 4

**RIDER TO SUMMONS IN A CIVIL ACTION**
**Defendants' Names and Addresses**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

SCELETIA EVANS, DERRICK BELL, YVETTE BURKE, BERNARDETTE HURTTE-REID, ERICA BROWN, ARIYANNA BROWN, SHANIYA FOSTER, DANIELLE LEE, BREONA SCOTT, FLIMEGRI MELANCON, JOHN GIBBS, and SHAWN MELANCON,

**Docket No.:** 7:26-cv-09539

*Plaintiffs*,

-against-

LAWLER FOR CONGRESS, INC., THRESHOLD STRATEGIES, LLC, VICTORY FIELD OPERATIONS, LLC, VEN-VAMOS STRATEGIES, LLC, MOMENTUM X GROUP LLC, MIKE VINCENT LAWLER, *Individually*, ERIC RAMON DIAZ VASQUEZ, *Individually*, ANASTASIA YOPP, *Individually*, NADIR A. PEREZ, *Individually*, *Jointly and Severally*,

*Defendants.*

---------------------------------------------------------------------X

TO: (*Defendants name and address*):

1. **Lawler for Congress, Inc.**
   118 Maple Ave, Back Door,
   New City, NY 10956

2. **Threshold Strategies, LLC**
   6175 Hickory Flat Hwy,
   Suite 110-401,
   Canton, GA 30115

3. **Victory Field Operations, LLC**
   620 N Kane Road,
   Webberville, MI 48892

4. **Ven-Vamos Strategies, LLC**
   Building H, 13980 SW 47th St
   Ste A, Miami, FL 33185

5. **Momentum X Group LLC**

7520 NW 104th Ave,
A1031221, Doral, FL 33178

6. **Mike Vincent Lawler**
*Via Place of Employment*
118 Maple Ave, Back Door,
New City, NY 10956

7. **Eric Ramon Diaz Vasquez**
*Via Place of Employment*
7520 NW 104th Ave,
A1031221, Doral, FL 33178

8. **Anastasia Yopp**
*Via Place of Employment*
7520 NW 104th Ave,
A1031221, Doral, FL 33178

9. **Nadir A. Perez**
*Via Place of Employment*
Building H, 13980 SW 47th St
Ste A, Miami, FL 33185